UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LOUIS PICCONE and ELENA PICCONE, )<br><br>Plaintiffs, )<br><br>v. )<br><br>ANGELO MCCLAIN, LYNNE REBER, )<br>JOAN MAZZEO, HEATHER NIETSCHE, )<br>IRENE WOODS, LANCE LAPOINTE )<br>JANET RICE, )<br><br>JOHN W. BARTELS, JR., JOHN M. MARLEY, )<br>TOWN OF DALTON, and )<br><br>RICHARD SMITH, )<br><br>Defendants. ) | Civ. No. 09-30146 |

## NOTICE OF APPEARANCE

Please take notice of the undersigned as additional counsel for Plaintiffs Louis and Elena

Piccone in the above-referenced matter.

Respectfully submitted,

LOUIS PICCONE and ELENA PICCONE,

By their attorneys,

/s/ Scott A. Katz
John G. Swomley (BBO # 551450)
Scott A. Katz (BBO # 655681)
SWOMLEY & ASSOCIATES
227 Lewis Wharf
Boston, MA 02110
617.227.9443

Dated: October 15, 2009

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, including Assistant Attorney General Kerry Strayer, counsel for the DCF Defendants, and Nancy Frankel Pelletier and David S. Lawless, counsel for Defendants John W. Bartels, Sr., John M. Marley, and the Town of Dalton.

/s/ Scott A. Katz
Scott A. Katz