UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS PICCONE and ELENA PICCONE<br>Plaintiffs,<br><br>v.<br><br>ANGELO MCCLAIN, LYNNE REBER,<br>JOAN MAZZEO, HEATHER NIETSCHE,<br>IRENE WOODS, LANCE LAPOINTE,<br>JANET RICE,<br>JOHN W. BARTELS, JR., JOHN M. MARLEY,<br>TOWN OF DALTON, and<br>RICHARD SMITH,<br>Defendants. | C.A. No.: 09-30146-KPN |

### NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendant, Richard Smith in the above-entitled matter.

                                                      THE DEFENDANT
                                                      By his attorney

                                                      /s/ John K. Vigliotti
                                                      John K. Vigliotti, Esq.
                                                      Reardon, Joyce & Akerson, P.C
                                                      4 Lancaster Terrace
                                                      Worcester, MA 01609
                                                      508-754-7285
                                                      BBO# 642337

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice of Appearance, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on November 6, 2009.

                                                      /s/ John K. Vigliotti
                                                      John K. Vigliotti

Case 3:09-cv-30146-MAP    Document 13    Filed 11/06/2009    Page 2 of 2