UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:09-CV-30146 (KPN)

| | |
|---|---|
| LOUIS PICCONE and ELENA PICCONE,<br>    Plaintiffs | )<br>)<br>) |
| vs. | )<br>) |
| ANGELO MCCLAIN, LYNNE REBER,<br>JOAN MAZZEO, HEATHER NIETSCHE,<br>IRENE WOODS, LANCE LAPOINTE<br>JANET RICE, JOHN W. BARTELS, JR.,<br>JOHN M. MARLEY, TOWN OF DALTON and<br>RICHARD SMITH,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS, JOHN W. BARTELS, JR., JOHN M. MARLEY AND TOWN OF DALTON'S, MOTION TO DISMISS

NOW COME the defendants, John W. Bartels, Jr., John M. Marley and Town of Dalton and hereby move this Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the plaintiffs' complaint as against them. The defendants assert that the plaintiff's complaint fails to state a cause of action upon which relief can be granted. As reasons for this motion, the defendants attach hereto and incorporate herein by reference defendants' memorandum of law in support of their motion to dismiss.

WHEREFORE, based upon the foregoing, the defendants respectfully request that judgment enter in their favor.

523881

THE DEFENDANTS,
JOHN W. BARTELS, JR., JOHN M.
MARLEY and TOWN OF DALTON

By     /s/ Nancy Frankel Pelletier, Esq.
Nancy Frankel Pelletier, Esq.-BBO #544402

By     /s/ David S. Lawless, Esq.
David S. Lawless, Esq.-BBO #664754
Both of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
npelletier@robinson-donovan.com
dlawless@robinson-donovan.com

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 9th day of November, 2009.

/s/ Nancy Frankel Pelletier, Esq.
Nancy Frankel Pelletier, Esq.

523881