UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LOUIS PICCONE and ELENA PICCONE, | ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civ. No. 09-30146-MAP |
| ANGELO MCCLAIN, LYNNE REBER, JOAN MAZZEO, HEATHER NIETSCHE, IRENE WOODS, LANCE LAPOINTE JANET RICE, | ) ) ) ) ) ) |  |
| JOHN W. BARTELS, JR., JOHN M. MARLEY, TOWN OF DALTON, and | ) ) ) |  |
| RICHARD SMITH, | ) ) |  |
| Defendants. | ) ) |  |

NOTICE OF APPEARANCE

Undersigned counsel hereby enters her appearance for Plaintiffs, Louis and Elena Piccone, in the above-captioned case.

                                       Respectfully submitted,

                                       /s/ Eric Tennen
                                       _____
                                       Eric Tennen
                                       BBO#650542
                                       Swomley and Associates
                                       227 Lewis Wharf
                                       Boston, MA 02110
                                       Tel. (617) 227-9443
                                       E-mail: etennen@swomleylaw.com

Date:   December 17, 2009